# MEMORANDUM DECISIONS

AMERICAN SURETY CO. OF NEW YORK v. UNITED STATES, for Use of KENNARD et al. (Circuit Court of Appeals, Fifth Circuit. February 10, 1914.) No. 2561. In Error to the District Court of the United States for the Northern District of Florida; Wm. B. Sheppard, Judge. Action by the United States, for the use of E. S. Kennard and others, against the American Surety Company of New York. Judgment for use plaintiffs, and defendant brings error. Affirmed. Robert E. Davis, of Gainesville, Fla., for plaintiff in error. Fred C. Cubberly, of Gainesville, Fla., and Philip D. Beall, of Pensacola, Fla., for defendants in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. In the rulings of the District Court on the pleadings and admission of evidence we find no reversible error. As the plaintiff's evidence was uncontradicted, the trial judge properly directed a verdict. On the merits we affirm the judgment, on the authority of Hill v. American Surety Co., 200 U. S. 197, 26 Sup. Ct. 168, 50 L. Ed. 437, and Title Guarantee & Trust Co. v. Crane Co., 219 U. S. 24, 32, 31 Sup. Ct. 140, 55 L. Ed. 72.

---

BEATTY et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. April 21, 1913.) No. 1143. In Error to the District Court of the United States for the Western District of Virginia, at Lynchburg. For opinion on reversal of judgment, see 203 Fed. 620, 122 C. C. A. 16. O'Flaherty & Fulton, of Richmond, Va., and E. Hilton Jackson, of Washington, D. C., for plaintiffs in error. Barnes Gillespie, U. S. Atty., of Tazewell, Va.

PER CURIAM. Defendant in error allowed writ of error to' the Supreme Court of the United States. Case certified to the Supreme Court on a question or proposition of law.

---

COMFORT v. WALDIN. (Circuit Court of Appeals, Fifth Circuit. January 13, 1914.) No. 2539. Appeal from the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge. Suit in equity by Walter R. Comfort against Walter Waldin. Decree for defendant, and complainant appeals. Modified and affirmed. Wm. P. Smith and H. H. Eyles, both of Miami, Fla., for appellant. A. A. Boggs and F. M. Hudson, both of Miami, Fla., for appellee. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The decree of the District Court, of date May 3, 1913, is amended, so as to make the dismissal of the bill without prejudice, and, as so amended, is affirmed. The appellant is taxed with the costs.

---

EQUITABLE ASPHALT MAINTENANCE CO. v. PARKER–WASHINGTON CO. (Circuit Court of Appeals, Eighth Circuit, May 2, 1913.) No. 3887. Appeal from the District Court of the United States for the Western District of Missouri. For opinion below, see 197 Fed. 920. Charles K. Offield, of Chicago, Ill., and Arthur C. Brown, of Kansas City, Mo., for appellant. R. E. Ball, of Kansas City, Mo., for appellee.

PER CURIAM. Reversed and remanded, with directions to enter decree sustaining validity of patent, per stipulation, each party to pay its own costs. Costs incurred after entry of decree to be divided equally between parties.